IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK JOHNSON, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 12-5272 |
| TRANS UNION LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 22nd day of March, 2013, upon consideration of the Defendant, Trans Union LLC's, Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim (Doc. No. 9), and the response in opposition filed by Plaintiff, Mark Johnson, which is entitled "Motion to Quash Dismissal and Further Proceed with Case 12-CV-572" (Doc. No. 11), it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED**.  Plaintiff's Amended Complaint is **DISMISSED**.

**IT IS FURTHER ORDERED** that any outstanding motions are **DENIED AS MOOT** because of the dismissal of Plaintiff's Amended Complaint.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE