IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK JOHNSON, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 12-5272 |
| TRANS UNION LLC, | |
| Defendant. | |

### ORDER

**AND NOW**, this 21st day of May, 2013, due to Plaintiff's failure to comply with Federal Rule of Civil Procedure 15, Plaintiff's Second Amended Complaint (Doc. No. 17) is hereby **ORDERED** to be **STRICKEN** from the record.  See Fed. R. Civ. P. 15(a)(2).

**IT IS FURTHER ORDERED** that, in the alternative, upon consideration of Defendant, Trans Union LLC's, Motion to Dismiss Plaintiff's Second Amended Complaint and Request for Sanctions (Doc. No.18 ), which Plaintiff has not responded to, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is **GRANTED**.  Defendant's Request for Sanctions is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE